**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Frank Mieczkowski Jr., aka David Frank Mieczkowski | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-11593 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Jul 2024, 18:08:28, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322