UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                   |   Chapter 13

    David Frank Mieczkowski, Jr   |   Bankruptcy No. 24-11593-PMM

            Debtor   |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 22, 2024**

_Patricia M. Mayer_

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE