United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11593-pmm |
| David Frank Mieczkowski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Frank Mieczkowski, Jr, 815 Penndale Ave, Reading, PA 19606-1421 |
| 14882072 | + | New Rez Shellpoint, 601 Office Center DR Suite 1000, Fort Washington, PA 19034-3275 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 23 2024 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2024 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14882076 | + | Email/Text: bankruptcy@acacceptance.com | Aug 23 2024 00:37:00 | American Credit Acceptance, 961 E. Main St, Spartanburg, SC 29302-2149 |
| 14882079 | ^ | MEBN | Aug 23 2024 00:35:27 | Hayt, Hayt and Landau LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14882938 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14882080 | | Email/Text: amps@manleydeas.com | Aug 23 2024 00:36:00 | Manley Deas Kochalski LLc, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14882078 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2024 00:37:00 | Midland Credit Management, ATTN : Chief Compliance, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14905256 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2024 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14901483 | | Email/Text: e-bankruptcy@nasafcu.com | Aug 23 2024 00:36:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717-1588 |
| 14882074 | | Email/Text: e-bankruptcy@nasafcu.com | Aug 23 2024 00:36:00 | Nasa Federal Credit Union, ATTN Loan servicing Dept, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 14912460 | ^ | MEBN | Aug 23 2024 00:35:10 | NewRez LLC, dba Shellpoint Mortgage, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14907836 | | Email/Text: mtgbk@shellpointmtg.com | Aug 23 2024 00:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14882075 | + | Email/Text: bk@roadrunnerfinancial.com | Aug 23 2024 00:36:00 | Roadrunner, 5525 N. Macarthur Blvd, Irving, Tx 75038-2671 |
| 14906574 | + | Email/Text: bk@roadrunnerfinancial.com | Aug 23 2024 00:36:00 | Roadrunner Financial, Inc., P.O. Box 6506, Carol |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: pdf900 | Total Noticed: 19 |

| | | | |
|---|---|---|---|
| 14882077 | Email/Text: bankruptcy@springoakscapital.com | | Stream, IL 60197-6506 |
| | | Aug 23 2024 00:36:00 | Spring Oaks Capital LLc, 1400 Crossways Blvd, Suite 100B, Chesapeake, VA 23320 |
| 14882073 | + Email/Text: mtgbk@shellpointmtg.com | Aug 23 2024 00:36:00 | Shellpoint, P.O. Box 650840, Dallas, TX 75265-0840 |
| 14905931 | Email/Text: bankruptcy@springoakscapital.com | Aug 23 2024 00:36:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| David Frank Mieczkowski, Jr | Chapter 13 |
| | Bankruptcy No. 24-11593-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 22, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE