Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11593-PMM**

David Frank Mieczkowski, Jr  
815 Penndale Ave  
Reading  PA   19606

Petition Filed Date: 05/09/2024  
341 Hearing Date: 07/30/2024  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 8/22/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $108.11 | $0.00 | $0.00 |
| 2 | AMERICAN CREDIT ACCEPTANCE<br>»» 002 | Secured Creditors | $494.00 | $0.00 | $0.00 |
| 3 | NASA FEDERAL CREDIT UNION<br>»» 003 | Secured Creditors | $662.67 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $539.28 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,050.27 | $0.00 | $0.00 |
| 6 | SPRING OAKS CAPITAL SPV LLC<br>»» 006 | Unsecured Creditors | $627.80 | $0.00 | $0.00 |
| 7 | ROADRUNNER FINANCIAL INC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $403.00 | $0.00 | $0.00 |
| 9 | NEWREZ LLC  D/B/A<br>»» 009 | Mortgage Arrears | $40,568.64 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11593-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $645.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $38,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.